

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00561-CV

Enrique **LOPEZ**, Individually, and as Representative of the Estate of Tristan Lopez, Deceased,
Appellant

v.

**GUIDING LIGHT, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21729
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time is hereby GRANTED. Appellant's Brief is due March 5, 2021.

It is so **ORDERED** on January 28, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court